UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:14-mj-0492 |
| | ) | |
| LARRY BROWN, | ) | |
| Defendant. | ) | |

### MINUTE ENTRY
### For October 1, 2014

Parties appear for a Rule 5(c)(3) hearing on a bench warrant dated August 22, 2014 out of the Superior Court of the District of Columbia (2011 CF3SLD 011642). Defendant appeared in person and by counsel, FCD Joe Cleary.   Government represented by AUSA Barry Glickman.   USPO represented by Brittany Neat.

Charges and rights were read and explained.

Defendant notified the Court that he would proceed pro se.

Defendant waived his identity hearing.

Defendant waived any further proceedings in this Court and request those hearings he is entitled to be held in the charging district.

Defendant remanded to the custody of the US Marshals pending removal to the Superior Court of the District of Columbia.

Dated:   10/02/2014

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Case 1:14-mj-00492-DKL Document 3 Filed 10/02/14 Page 2 of 2 PageID #: 4